UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JULIE FERRAZZANO-MAZZA

        v.                                          CA No. 14-239 ML

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan (Docket #16) wherein the Magistrate Judge recommends that Plaintiff's Motion to Reverse be denied and Defendant's Motion to Affirm be granted.

No objection has been filed and the time for doing so has passed. This Court has reviewed the Report and Recommendation which thoroughly addresses Plaintiff's claims of error. This Court agrees with the Magistrate Judge's conclusion that Plaintiff's Motion to Reverse should be, and it is, hereby DENIED. The Motion for Order Affirming the Decision of the Commissioner (Docket #14) is GRANTED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
August 14, 2015